Mrizek Baking Company, appellee, v. Schulze Baking Company, appellant. Gen. No. 25,561.

Action for damages to plaintiff's truck by collision with defendant's automobile. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921. Rehearing denied July 1, 1921.

West & Eckhart, for appellant. Charles J. Michal, for appellee; Charles P. Molthrop,. of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Brown Coal Company, appellant, v. Carterville Washed Coal Company, appellee. Gen. No. 25,601.

Action for damages for breach of contract to deliver coal. Judgment for defendant in set-off. · Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Taylor, P. J., dissenting. Opinion filed June 18, 1921.

Mayer, Meyer, Austrian & Platt, for appellant. Pomeroy & Martin, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Rose Peters, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 25,622.

Action for personal injuries received while plaintiff was alighting from one of defendants' street cars. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard ·in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Charles LeRoy Brown, for appellants; John R. Guilliams and Franklin B. Hussey, of counsel. John A. Bloomingston, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Josef Jilka, appellant, v. Agnieszka Jilka, appellee. Gen. No. 25,638.

Suit for divorce. Complaint dismissed for want of equity and decree for defendant entered on her cross-bill for separate maintenance. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

John Jankowski and Busch, Leesman & Roemer, for appellant. Andrew Kucharski, Frank Greskowiak and Ewart Harris, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

A. C. Stanton, appellee, v. Thornton Township High School Board of Education, appellant. Gen. No. 25,649.

Suit for salary for part of a month as instructor in the public schools. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed. Opinion filed June 18, 1921.

Morrill & Shannon, for appellant; Angus Roy Shannon and Nahum Morrill, of counsel. Samuel H. Gilbert, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Henry Sierks, appellee, v. Weaver Memorial Church of the United Brethren in Christ, appellant. Gen. No. 25,668.**

Fourth-class action to recover for professional services as an architect. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. O'Connor, J., dissenting. Opinion filed June 18, 1921. Rehearing denied July 1, 1921.

Cleland, Lee & Phelps, for appellant; Robert G. Phelps, of counsel. James D. Power, for appellee; Arthur H. Chetlain, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Grace D. Luther Coulter and Edith May Curtis, appellants, v. Joseph Davidson et al., appellees. Gen. No. 25,700.**

Suit by the beneficiaries under a gift over in a will, to recover from the beneficiaries under an insurance policy taken out by the life tenant and alleged to have been paid for out of the estate of decedent. Bill dismissed for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Henry W. Leman, for appellants; Frank H. Culver, of counsel. Adams, Follansbee, Hawley & Shorey, for appellees; Mitchell D. Follansbee and Fred Barth, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Margaretha Plapbert, appellee, v. Chicago Railways Company et al., on appeal of P. J. Hursen, appellant. Gen. No. 25,706.**

Action for damages for personal injuries received by plaintiff in a collision between a street car and a funeral car belonging to appellant. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.

Brown, Brown & Brown and Tenney, Harding & Sherman, for appellant P. J. Hursen. George E. Gorman and Watson J. Ferry, for appellants Chicago Rys. Co. and Chicago City Ry. Co.; W. W. Gurley and J. R. Guilliams, of counsel. Charles C. Spencer, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Margaretha Plapbert, appellee, v. Chicago Railways Company et al., on appeal of Chicago Railways Company and Chicago City Railway Company, appellants. Gen. No. 25,707.**

Action for damages for personal injuries received in a collision between a funeral car in which plaintiff was riding and one of appellants' street cars. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.